ACCEPTED
06-14-00103-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/26/2015 3:25:06 PM
DEBBIE AUTREY
CLERK

IN THE

SIXTH COURT OF APPEALS

TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/26/2015 3:25:06 PM

DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| NANCY HART AND ALL OTHER OCCUPANTS | § § § | |
| V. | § § | NO. 06-14-00103-CV |
| WELLS FARGO BANK, N.A. | § § | |

## MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW, Nancy Hart and All Other Occupants, Appellants,** in the above-referenced cause (collectively "Appellant"), pursuant to Rule 10.5(b) of the Texas Rules of Appellant Procedure, moves for an order extending all deadlines in which to prosecute Appellant's appeal in this action. In support hereof, Appellant respectfully represents to the Court as follows:

### I.

### CERTIFICATE OF CONFERENCE

A conference was held on February 11, 2015, with Mark D. Hopkins, Esq., counsel for Appellee, on the merits of this motion, and the opposing party does oppose the motion.

### II.

This is a case transferred to the Sixth Court of Appeals from the Fifth District Court of Appeals. It arises out of a contest over ownership and possession of a residence located in

-1-

Rockwall County, Texas. Appellant's brief is due February 27, 2015. Appellant's Counsel learned that the real party in interest, Don Alan Hart, died testate on January 29, 2015. Mr. Hart was in possession of the residence as a result of a Final Decree of Divorce entered by the 382nd Judicial District Court of Rockwall County, Texas. His former wife, Nancy Hart, was the signatory on loan documents, by the terms of which, Wells Fargo, held a purchase money mortgage.

Appellant's Counsel suffers from a severe case of Diverticulitis and has been confined to home in recent weeks. As of the filing of this motion, counsel has not yet been released to return to work. Because of the severity of Counsel's medical status, request is made that this Court grant a thirty (30) day extension within which Appellant may file Appellant's brief.

In addition, the parties, through counsel are seeking resolution of this matter which may be forthcoming within this thirty (30) day window.

**II.**

Appellant seeks an extension of time because Appellant has been confronted with an unfortunate medical condition which could not reasonably have been anticipated. Appellant's counsel anticipates a return to work on March 9, 2015.

Appellant's counsel requests the court to understand the extraordinary circumstances and the unusual burden imposed. Counsel understands the need to timely and efficiently advance this action, but seeks a balancing the need to timely move this appeal forward with the need for counsel to cooperate with his physicians to be able to return to full-time law practice.

The untimely demise of the real party in interest–the occupant, Don Alan Hart, has also potentially changed Appellant's posture with regard to this appeal.

-2-

**III.**

The extension requested will not prejudice Appellant nor Appellee.  The trial court's order which is the subject of this appeal is being complied with by both parties.  Accordingly, to ensure adequate time within which to properly prosecute this appeal, an extension of time until March 18,  2015 is warranted. Appellee will not be prejudiced by the requested extension. Appellant brings this motion not for delay but that substantial justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests that the Court grant his Appellant's request for a short term extension of time of until March 27, 2015 in which to file Appellant's brief in support of the prosecution of this Appeal and grant Appellant such other and further relief to which Appellant may be justly entitled.

Respectfully submitted,

The Law Offices of Ronald E. Harden, P.L.L.C.


_/s/ Ronald E. Harden_____
Ronald E. Harden
State Bar No.  00792079
P.O. Box 776
Terrell, Texas 75160
Telephone: (214) 683-7346
Telecopier: (214) 960-4226

Counsel for Appellants,
Nancy Hart and All Other Occupants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2015, a copy of the foregoing document was served upon trial counsel of record for the Appellee, Mark D. Hopkins, Esq., Hopkins & Williams, PLLC, 12117 Bee Caves Road, Suite 260, Austin, Texas 78738, by regular mail, postage pre-paid and properly addressed, and via email to: mark@hopkinswilliams.com, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure.

__/s/ Ronald E. Harden_____
Ronald E. Harden